WR-82,975-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/3/2015 3:58:05 PM
Accepted 4/6/2015 8:12:40 AM
ABEL ACOSTA
CLERK

## SCHAFFER LAW OFFICES

NOT A PARTNERSHIP
1301 McKINNEY, SUITE 3100
HOUSTON, TEXAS 77010

Randy Schaffer, P.C.
*noguilt@swbell.net*
Josh Schaffer, P.L.L.C.
*josh@joshschafferlaw.com*
Joel Hayter
*joelhayterlaw@gmail.com*

(713) 951-9555
Fax: (713) 951-9854
www.schafferfirm.com

RECEIVED
COURT OF CRIMINAL APPEALS
4/6/2015
ABEL ACOSTA, CLERK

April 3, 2015

Annie Rebecca Elliott
Fort Bend County District Clerk
301 Jackson Street
Richmond, Texas 77469

Re:     Ex Parte Joseph Lee Flores
        Cause Number 06-DCR-044556 HC1
        434th District Court

Dear Ms. Elliott:

Enclosed please find for filing Applicant's Response To The State's Amended Answer, Applicant's Objections To The Trial Court's Findings Of Fact And Conclusions Of Law, and my affidavit (AX 4), which I am filing as an additional exhibit. Please transmit a supplemental record containing these document to the Court of Criminal Appeals (CCA) immediately.

Please send me a file-marked copy of this letter to reflect the date on which these documents were filed and a copy of the index of the supplemental record.

Thank you for your assistance. Please contact me if you have any questions.

Sincerely,

Joel Hayter

JH/aw
Enclosures

cc:     Jason Bennyhoff (w/ enclosures)
        Abel Acosta, Clerk of the CCA (via eFile)